Holemans, Appellant, *v.* Court of Common Pleas of Philadelphia, Family Court Division.

Argued May 2, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Neil Leibman,* for appellant.

*S. Regen Ginsburg,* for appellee.

OPINION PER CURIAM, May 25, 1972:
Order of the Superior Court affirmed.